RD 3/13/20 m&k

8 ½ in.

## CRIMINAL CAUSE ON TRIAL:

BEFORE ROSS, J.        MAR. 11 2020        TIME: 9:30am

CR-17-434 (ARR)

DEFT NAME: Francisco Melendez-Perez        #
    ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Michael Gold
    ✓ present    ___ not present    ✓ CJA    ___ RET.    ___ LAS

DEFT NAME: Abel Romero Melendez        #
    ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Michael Hueston
    ✓ present    ___ not present    ✓ CJA    ___ RET.    ___ LAS

DEFT NAME: Jose Miguel Melendez-Rojas        #
    ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Susan Kellman
    ✓ present    ___ not present    ✓ CJA    ___ RET.    ___ LAS

DEFT NAME: Jose Osvaldo Melendez-Rojas        #
    ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Mitchell Golub
    ✓ present    ___ not present    ✓ CJA    ___ RET.    ___ LAS

A.U.S.A.: E. Argo, T. Hajjar & G. Kassner        CLERK: DEL

REPORTER: ~~David Roy~~ Michele Nardone        OTHER:
INT: (LANG.-Spanish)

_X_ CASE CALLED.    _x_ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT(S) _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT(S) _____ HELD.

___ FURTHER STATUS CONF/HRG SET FOR _____.

**OTHER:** Trial commenced, Interpreter sworn in; witnesses sworn in; Exhibits marked; Trial adjourned to 3/12/2020 @ 9:30am.

3/13/20
m&r

**CRIMINAL CAUSE ON TRIAL:**

BEFORE ROSS, J.        MAR.  2020        TIME: 9:30am

CR-17-434 (ARR)

DEFT NAME: Rosalio Melendez-Rojas                    #
    ✓ present        ___ not present        ✓ cust.        ___ bail

DEFENSE COUNSEL: Thomas Dunn
    ✓ present        ___ not present        ✓ CJA        ___ RET.        ___ LAS

DEFT NAME:                                           #
    ___ present        ___ not present        ___ cust.        ___ bail

DEFENSE COUNSEL:
    ___ present        ___ not present        ___ CJA        ___ RET.        ___ LAS

DEFT NAME:                                           #
    ___ present        ___ not present        ___ cust.        ___ bail

DEFENSE COUNSEL:
    ___ present        ___ not present        ___ CJA        ___ RET.        ___ LAS

DEFT NAME:                                           #
    ___ present        ___ not present        ___ cust.        ___ bail

DEFENSE COUNSEL:
    ___ present        ___ not present        ___ CJA        ___ RET.        ___ LAS

A.U.S.A.: E. Argo, T. Hajjar & G. Kassner    CLERK: DEL

REPORTER: ~~David Roy~~ Michele Nardone    OTHER:
INT:   (LANG.-Spanish)

_X_ CASE CALLED.    _x_ DEFT(S) _____ APPEAR WITH COUNSEL.
___ DEFT(S) _____ APPEAR WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT(S) _____ .
___ STATUS CONF/HRG FOR DEFT(S) _____ ADJ'D TO _____ .
___ STATUS CONF/HRG FOR DEFT(S) _____ HELD.

___ FURTHER STATUS CONF/HRG SET FOR _____ .

**OTHER:** Trial commenced, Interpreter sworn in; witnesses sworn in; Exhibits marked; Trial adjourned to 3/__/2020 @ 9:30am.