Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

USA v.

Francisco Melendez Perez

Docket No.: 17-434

Hom. Allyne Ross
(District Court Judge)

Notice is hereby given that Francisco Melendez Perez appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____
(specify)
entered in this action on 2/18/2022
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✔] Other [ ]

Defendant found guilty by plea [ ] trial [✔] N/A [ ]

Offense occurred after November 1, 1987? Yes [ ] No [ ] N/A [ ]

Date of sentence: 2/10/2022 N/A [ ]

Bail/Jail Disposition: Committed [✔] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [ ] No [✔] If yes, provide the following information:

Defendant's Counsel: COUNSEL NEEDS TO BE APPOINTED

Counsel's Address: _____

Counsel's Phone: _____

Assistant U.S. Attorney: AUSA Tanya Hajjar, Gillian Kasner

AUSA's Address: 271 Cadman Plaza East
Brooklyn, New York 11201

AUSA's Phone: 718-254-7000

*Francisco Melendez-Perez*
Signature