Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

USA v.

Francisco Melendez Perez

Docket No.: 17-434

Hon. Allyne Ross
(District Court Judge)

Notice is hereby given that Francisco Melendez Perez appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] convicted after trial (specify) entered in this action on 2/18/2022 (date).

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✔]  Other [ ]

Defendant found guilty by plea [ ]  trial [✔]  N/A [ ].

Offense occurred after November 1, 1987?  Yes [✔]  No [ ]  N/A [ ]

Date of sentence: 2/10/2022  N/A [ ]

Bail/Jail Disposition: Committed [✔]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [ ]  No [✔]  If yes, provide the following information:

Defendant's Counsel: COUNSEL NEEDS TO BE APPOINTED

Counsel's Address:

Counsel's Phone:

Assistant U.S. Attorney: AUSA Tanya Hajjar, Gillian Kasner

AUSA's Address: 271 Cadman Plaza East
Brooklyn, New York 11201

AUSA's Phone: 718-254-7000

*Signature*